## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CNR OPERATIONS, LLC, AND CESWD 1, LLC | § § § | |
| **Plaintiffs** | § § | |
| V. | § § | |
| HBC WHITEWATER, LLC, HC WATER RESOURCES, LP, KENT MCNELLIE, SCOTT STABLER, BEN R. DOUD, PETER BRODSKY, JOE COLONNETTA, PETER BENZ, AND JERRY BANTA | § § § § § § § | CIVIL ACTION NO. 3:18-CV-02432-C |
| **Defendants** | § § | |

## JOINDER IN MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER

Defendant, Ben Doud ("Mr. Doud"), files this Joinder in Motion to Dismiss or, in the Alternative, for a More Definite Statement or, in the Alternative, Motion to Transfer ("Motion"), and would show the Court as follows:

1.      As set forth more particularly in Mr. Doud's Brief in Support of Joinder in Motion to Dismiss or, in the Alternative, for a More Definite Statement or, in the Alternative, Motion to Transfer ("Brief in Support of Motion"), being filed contemporaneously herewith, Mr. Doud joins in the Motion to Dismiss or, in the Alternative, for a More Definite Statement or, in the Alternative, Motion to Transfer and Brief in Support thereof [Docket Nos. 3-4] ("HBC's Motion") filed by Defendants HBC Whitewater, LLC, Kent McNellie, Joe Colonnetta, and Peter Brodsky

(collectively, "HBC")[1] and respectfully requests that the Court dismiss this action because the Complaint filed by Plaintiffs CNR Operations, LLC and CESWD 1, LLC (collectively, "Plaintiffs") fails to state a claim upon which relief may be granted.[2]

2.      Alternatively, as set forth more fully in Mr. Doud's Brief in Support of Motion, Mr. Doud requests that the Court transfer this proceeding to the United States District Court for the District of Colorado for further reference to the Bankruptcy Court, and that Plaintiffs be required to re-plead and provide a more definite statement of the allegations in the Complaint.

WHEREFORE, PREMISES CONSIDERED, Mr. Doud prays that the Court dismiss this action or, in the alternative, enter an order transferring this case to the United States District Court for the District of Colorado for further reference to the Bankruptcy Court, and that Plaintiffs be ordered to re-plead and provide a more definite statement of the allegations in the Complaint, and for such further and additional relief as to the Court may appear just and proper.

---

[1] As set forth more particularly in Mr. Doud's Brief in Support of Motion, Mr. Doud generally joins in HBC's Motion and the legal bases and authorities set forth therein but does not join in the recitation of facts set forth in Section B, paragraphs 11-20, of HBC's Motion.

[2] The term "Complaint" refers to Plaintiffs' Original Petition & Preservation of Potential Defenses filed by Plaintiffs in the 101st Judicial District Court of Dallas County, Texas, initiating this action, which has since been removed to this Court.

JOINDER IN MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT OR, IN THE ALTERNATIVE, MOTION TO TRANSFER – PAGE 2
4822-7667-4933\1

Respectfully submitted,

*/s/ Jay. J. Madrid*
Jay J. Madrid
Texas Bar No. 12802000
madrid.jay@dorsey.com
Kara D. Grimes
Texas Bar No. 24050693
grimes.kara@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR BEN DOUD**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I served a true and correct copy of the foregoing on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*Jay J. Madrid*
Jay J. Madrid